IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| | : | No. 94-cr-196-1 |
| v. | : | |
| | : | CIVIL ACTION |
| | : | No. 16-cv-3200 |
| MELVIN WILLIAMS | : | |

**ORDER**

**AND NOW,** this **14th day** of **July, 2022**, it is **ORDERED** that Defendant Melvin Williams's 28 U.S.C. § 2255 Motion (ECF Nos. 412 and 416) and Motion in Support of Pending § 2255 Motion (ECF No. 426) are **DENIED**.[1]

_S/Anita B. Brody_
ANITA B. BRODY, J.

Copies ecf _____ to:       Copies mailed 07-14-2022 to:
                                   Melvin Williams, defendant

---

[1] Williams seeks relief from his 18 U.S.C. § 924(c) conviction under 28 U.S.C. § 2255. *See* Mot. to Correct Sentence Under 28 U.S.C. § 2255 at 1, ECF No. 412, Mot. to Correct Sentence Under 28 U.S.C. § 2255 at 1, ECF No. 416. Williams argues that the predicate offenses for his § 924(c) conviction do not qualify as "crimes of violence." *See id.* His predicate offenses include: conspiracy to commit Hobbs Act robbery; conspiracy to assault and kill federal agents; attempt to kill federal agents; and assaulting a federal agent with a deadly weapon. *See id.* Counsel for Williams conceded that the motion must be denied pursuant to the Third Circuit's decisions in *United States v. Bullock*, 970 F.3d 210 (3d Cir. 2020) (holding assault of a federal agent has an element of force to constitute a crime of violence), *United States v. Walker*, 990 F.3d 316 (3d Cir. 2021) (holding attempt offenses can categorically constitute crimes of violence), and *United States v. Wilson*, 960 F.3d 136 (3d Cir. 2020) (holding armed bank robbery is a crime of violence under 924(c) and it is irrelevant that the court instructed that either conspiracy or the substantive offence could be the predicate). *See* Reply to the Government's Response to Defendant's 28 U.S.C. § 2255 Motion at 2-3, ECF No. 425. The Court is bound by the Third Circuit's decisions and therefore must deny Williams' motion.