# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 94-196 |
| | : | |
| | : | CIVIL ACTION |
| MELVIN WILLIAMS | : | No. 16-3200 |

## ORDER

**AND NOW,** this 3rd day of November, 2023, it is **ORDERED** that Melvin Williams' Motion for Reconsideration (ECF No. 435) is **GRANTED**. The Motion to Correct Sentence Under 28 U.S.C. § 2255 (ECF Nos. 412 and 416) is **GRANTED**. The prior Order denying the Motion to Correct Sentence Under 28 U.S.C. § 2255 (ECF No. 431) is **VACATED**. Melvin Williams' conviction under 18 U.S.C. § 924(c) is **VACATED**.

The *pro se* Letter Motion (ECF No. 442) is **RESOLVED** as **MOOT**.

　　　　　　　　　　　　　　　　　　　　__s/ANITA B. BRODY, J._____
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.