Date 11/19/23                                           Cr: 94-196

Letter Motion

Honorable Judge Ms Brody.
Hopefully I've reached you well and in good spirits.

   First and foremost I would like to express my gratitude for you taking the time out to thoroughly review my case, and decide on it. I can't explain how much this has meant to me, my family and friends.
   Ms Brody from reading the bit of Law that I have, I know how important it is to place objections/concerns on the record. From the begining of this process my Lawyer Ms Horn has repeatedly remind me that she will not assist me on any other count of the indictment aside from the 924(c) count. However, as you seen from my pro se motions I have always said I am illegally charged on the following or remaining counts of the Indictment. I firmly believe this can clearly and convincingly be seen upon anyone viewing the elements of each count.
   The main reason I am bringing this up is

because every since your ruling in my case on the 924(c), I have been left on my own to figure out whats next and how do I proceed on my other issues because I am not guilty of those charges.

I dont feel comfortable speaking or even revisiting the issue of her assisting me because she has made it clear that she wont.

A few days after your ruling I called her and her whole conversation was about we may be changing Judges soon, so that I may want to consider some type of agreement from the Prosecutor. Then she warned me that upon a resentencing that I could recieve the same time. Then she seem to get or become bothered by me requesting the legal proof or cases in which to support that claim.

Your Honor, I told Ms Horn that I am familiar with 5G1.1 and 5G1.2 and how it applies to the statutorily authorized maximum sentence, and at sentencing I would hope to speak with you about any other objections concerning the other counts.

I am still baffled as to how and why Ms Horn would request a 30 day period/delay ~~to get~~ from the Appeals Court to get my signiture on something that I know nothing about. As of today 11/19/23

I have not received that legal mail from her but I can assure you that I have no intentions to sign anything I dont fully understand and already deem suspicious.

Your Honor, I am not sure why she mentioned that I will more than likely have another sentencing Judge. However, I would respectfully request since you have read and know my case, that I come back before you for resentencing. I am even open to doing this by ZOOM or etc as soon as possible, if it is more convenient for you. According to my last PSR about 28 years ago my statutory maximum sentence was 20 years, although I was given 384 months. As it stands this second I am a month or two away from having 30 years in on this sentence. I am trying to return back to my family as soon as possible.

Thank you for everything on the behalf of me and family in the name of Justice.
Respectfully Melvin Williams.

