# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 94-196 |
| | : | |
| | : | CIVIL ACTION |
| MELVIN WILLIAMS | : | No. 16-3200 |

## ORDER

**AND NOW,** this 23RD day of January, 2024, it is **ORDERED** that the United States Probation Office for the Eastern District of Pennsylvania prepare and submit an updated Presentence Investigation Report for Mr. Williams for re-sentencing.


       _s/ANITA B. BRODY, J._
       ANITA B. BRODY, J.