IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :   CRIMINAL ACTION
   v. :
  : No. 94-196
MELVIN WILLIAMS

USM #47672-066

## NOTICE OF HEARING

  Take notice that the defendant is scheduled for a RESENTENCING hearing on March 27, 2024 at 10:30 AM before the **Honorable Anita B. Brody** in **Courtroom 7-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:  Joseph Walton
   Courtroom Deputy to J. Brody
   Phone: 267-299-7431

Date:  1/23/24

cc via U.S. Mail:  Defendant
cc via email:  Defense Counsel Abigail Horn
    Assistant U.S. Attorney Robert A. Zauzmer
    U.S. Marshal
    Court Security
    Probation Office
    Pretrial Services
    Interpreter Coordinator

crnotice (July 2021)