IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 94-196 |
| | : | |
| MELVIN WILLIAMS<br>#47672-066 | : | |

### O R D E R

AND NOW, this 23RD day of January, 2024, it is hereby

ORDERED, ADJUDGED AND DECREED that the Warden of Hazleton Penitentiary and the United States Marshal(s) for the Eastern District of Pennsylvania produce before this Court the body of Melvin Williams on March 27, 2024 at 10:30 A.M. before the Honorable Anita B. Brody to appear for a resentencing in the above-captioned matter, and that immediately upon termination of the said proceedings, he/she be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

s/ANITA B. BRODY, J.
_____
Anita B. Brody   J.

cc: U.S. Marshal
    Warden

| 1/23/24 | JW |
|---|---|
| Date | By Whom |

Cr 2 (8/80)