IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 94-196 |
| | : | |
| MELVIN WILLIAMS | : | |

### ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Mark Wilson*
MARK WILSON
Senior Trial Counsel

## **CERTIFICATE OF SERVICE**

      I, Mark Wilson, Senior Trial Counsel, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the Entry of Appearance to be filed and served via Electronic Court Filing ("ECF") notification upon Robert Zauzmer, Assistant United States Attorney, United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania, 19106

                                              */s/ Mark Wilson*
                                              MARK WILSON
                                              Senior Trial Counsel

DATE:  January 25, 2024