# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **NO. 94-cr-00196** |
| **MELVIN WILLIAMS** | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance in the above-captioned case.

        Respectfully submitted,

        */s/ Abigail E. Horn*
        ABIGAIL E. HORN
        Assistant Federal Defender
        Federal Community Defender Office
        for the Eastern District of Pennsylvania
        601 Walnut Street, Suite 540 West
        Philadelphia, PA 19106
        (215) 928-1100

## **CERTIFICATE OF SERVICE**

I, Abigail E. Horn, Assistant Federal Defender, hereby certify that I have electronically filed and served a copy of the *Withdrawal of Appearance* upon Filing User Robert A. Zauzmer, Assistant United States Attorney, Chief of Appeals, through the District Court for the Eastern District of Pennsylvania's Electronic Case Filing (NextGen CM/ECF) system.

*/s/ Abigail E. Horn*
ABIGAIL E. HORN

DATED: January 30, 2024