IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No.  2:94-CR-196 |
| | : | |
| vs. | : | |
| | : | |
| MELVIN WILLIAMS | : | |
| | : | |

### ENTRY OF APPEARANCE

To:   The Clerk of Courts and all parties of record:

I am authorized to practice law in the Eastern District of Pennsylvania and I am an active member of the CJA panel.  I am formally entering my appearance as the attorney of record for the above listed defendant, Melvin Williams.

Respectfully:

_____
Lawrence J. Bozzelli, #85108
The Philadelphia Building
1315 Walnut Street – Suite 1605
Philadelphia  PA 19107
267-251-7822; bozzelli.law@gmail.com