IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 94-196 |
| | : | |
| | : | |
| MELVIN WILLIAMS | : | |

## ORDER

**AND NOW,** this 14th day of May, 2025, it is **ORDERED** that the Amended Judgment (ECF No. 518) is **CORRECTED** as follows:[1]

- The section entitled "Imprisonment" on page 3 should read as follows: "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **247 months.** This consists of terms of **127** months on each of Counts 1, 3, and 4, to be served concurrently; a term of 60 months on Count 2, to be served concurrently with Counts 1, 3, and 4; and terms of 120 months on each of Counts 5 and 6, such terms to be served concurrently with each other but consecutively to the terms imposed on Counts 1, 2, 3, and 4, to produce a total term of imprisonment of **247 months**."

                                            s/ANITA B. BRODY, J.
                                            ANITA B. BRODY, J.

---

[1] Federal Rule of Criminal Procedure 35(a) provides that a "court may correct a sentence that resulted from arithmetical, technical, or other clear error" within 14 days after sentencing.